**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT DOYLE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　Defendants. | 3:19-cv-00725-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 47 |

Before the court is Plaintiff's "Request for Schedule" (ECF No. 47). Plaintiff states he "has no access to electronic database" and requests "the current court scheduling for this case." (*Id.*)

Plaintiff is advised that Defendants' Motion for Summary Judgment (ECF No. 40) is pending before the court.

Plaintiff's "Request for Schedule" (ECF No. 47) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: July 28, 2022.

_____
UNITED STATES MAGISTRATE JUDGE