AARON D. FORD
  Nevada Attorney General
WILLIAM P. SHOGREN, Bar No. 14619
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Tel (775) 684-1257
Email: wshogren@ag.nv.gov

*Attorneys for Defendants Renee Baker,
Scott Davis, and Harold Wickham*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT DOYLE,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | Case No. 3:19-cv-00725-MMD-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF<br>TIME TO FILE PROPOSED<br>JOINT PRETRIAL ORDER<br>[DEFENDANTS' FIRST<br>REQUEST]** |

      Defendants, Renee Baker, Scott Davis and Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and William P. Shogren, Deputy Attorney General, hereby request this Court grant a 45-day extension of time to file the proposed joint pretrial order. This is Defendants' first request for an extension.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    RELEVANT FACTS AND PROCEDURAL HISTORY**

      This is a pro se prisoner civil rights action brought by inmate Plaintiff Brett Doyle (Doyle), concerning events that allegedly took place at the Lovelock Correctional Center, asserting claims arising under 42 U.S.C. § 1983.

      The parties attended an unsuccessful Settlement Conference on January 4, 2023. ECF No. 58. This Court ordered that a proposed joint pretrial order be filed by February 3, 2023. *Id*. Defendants later filed a Notice of Change of Deputy Attorney General, notifying the Court and respective parties that Undersigned Counsel had assumed responsibility for representing

Page **1**

Defendants in this action as of January 12, 2023. ECF No. 59 at 1. This Notice also stated that the previous Deputy Attorney General was no longer responsible for handling the case. *Id.*

## II.   ARGUMENT

As this Court is aware, Local Rule 16-3 requires:

> Upon the initiative of a pro se plaintiff or plaintiff's attorney, the attorneys or parties who will try the case and who are authorized to make binding stipulations must personally discuss settlement and prepare and file a proposed joint pretrial order containing the following…

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Good cause exists to extend the filing deadline. Defendants have not received any communication from the pro se plaintiff, Doyle, regarding the proposed joint pretrial order, as required by Local Rule 16-3. Defendants anticipate drafting a proposed joint pretrial order for Doyle's review and input. However, Undersigned Counsel only recently assumed responsibility for this case on January 12, 2023. Undersigned Counsel requires additional time to familiarize himself with this case and draft a proposed joint pretrial order. Out of an abundance of caution, Defendants request a forty-five (45) day extension of time to allow the parties to file the proposed joint pretrial order, from **February 3, 2023** to **March 20, 2023**. This will allow Undersigned Counsel to draft the proposed joint pretrial order and

///

have it mailed to Doyle for his review and input. This extension will also allow for the parties to meet and confer if necessary.

Furthermore, this request will not hinder or prejudice Doyle's case, as the trial date has not been set nor is it imminent.

## II. CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstance is present to warrant the requested extension of time. Out of an abundance of caution, and to avoid asking for another extension of time, Defendants request this Court to extend the deadline from February 3, 2023 to March 20, 2023, to file the proposed joint pretrial order.

DATED this 18th day of January, 2023.

AARON D. FORD
Attorney General

By: *[signature]*
WILLIAM P. SHOGREN, Bar No. 14619
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: January 20, 2023.

_____
UNITED STATES MAGISTRATE JUDGE