1  AARON D. FORD
   Nevada Attorney General
2  ANDREW C. NELSON, Bar No. 15971
   Deputy Attorney General
3  State of Nevada
4  Office of the Attorney General
   100 N. Carson Street
5  Carson City, NV 89701
6  Tel (775) 684-1227
   Email: acnelson@ag.nv.gov
7
   *Attorneys for Defendants Renee Baker,*
8  *Scott Davis, and Harold Wickham*

9                  UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11  BRETT DOYLE,                          Case No. 3:19-cv-00725-MMD-CSD

12              Plaintiff,
                                          **STIPULATION AND ORDER FOR**
13  vs.                                   **EXTENSION OF TIME TO FILE**
                                          **PROPOSED JOINT PRETRIAL**
14  STATE OF NEVADA, et al.,                          **ORDER**

15              Defendants.

16
        Plaintiff, Brett Doyle, *pro se*, Defendants, Renee Baker, Scott Davis and Harold
17
    Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of
18
    Nevada, and Andrew C. Nelson, Deputy Attorney General, hereby agree and stipulate to
19
    extend the time to file the proposed Joint Pretrial Order to **May 25, 2023**. The proposed
20
    Joint Pretrial Order is currently due on May 4, 2023. (ECF No. 71).
21
        This is the parties' first joint request to extend the deadline. The parties met and
22
    conferred on May 1, 2023. Undersigned counsel was recently assigned to the matter and
23
    will need a brief extension to add the Plaintiff's proposed modifications in the proposed
24
    Joint Pretrial Order. Additionally, the parties need additional time to review the
25
    proposed modifications prior to filing the proposed Joint Pretrial Order.
26
    ///
27
    ///
28

                                        Page 1

1    The parties represent that this stipulation is sought in good faith, is not interposed

2   for delay, and is not filed for an improper purpose.

3

4   DATED this _1st_ day of ~~April,~~ *May* 2023.          DATED this _3rd_ day of May, 2023

5                                                           AARON D. FORD
                                                            Attorney General
6

7   By: _____                          By : ___/s/ Andrew C. Nelson___
          BRETT DOYLE, 1138892                                  Andrew C. Nelson, Bar No. 15971
8         *Plaintiff Pro Se*                                    Deputy Attorney General
                                                                State of Nevada
9                                                               100 N. Carson Street
10                                                              Carson City, NV 89701-4717
                                                                Tel: (775) 684-1227
11                                                              Email: acnelson@ag.nv.gov
12
                                                                *Attorneys for Defendants*
13

14

15  **IT IS SO ORDERED**

16

17  Dated this _3rd_ day of __May_____ 2023.

18

19                                                          _____
20                                                          **U.S. DISTRICT COURT JUDGE**

21

22

23

24

25

26

27

28