# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT DOYLE, | Case Nos.: 3:19-cv-00725-RCJ-CSD |
| Plaintiff, | |
| vs. | **ORDER TO TRANSPORT PLAINTIFF FOR JURY TRIAL** |
| STATE OF NEVADA, *et al.,* | |
| Defendants. | |

The Court set an in-person Jury Trial for Monday, August 7, 2023, at 8:30 a.m. before Judge Robert C. Jones.

**IT IS THEREFORE ORDERED** that the Nevada Department of Corrections shall transport inmate Brett Doyle #1138892 to the Bruce R. Thompson Federal Courthouse, 400 South Virginia Steet, Reno, Nevada to personally attend the Jury Trial set for Monday, August 7, 2023, in Reno Courtroom 3 before Judge Robert C. Jones.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a courtesy copy of this Order to the U.S. Marshal's Office in Reno, Nevada.

DATED this 17th day of July 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE