UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRETT DOYLE,<br><br>   Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, *et al.*,<br><br>   Defendants. | Case No. 3:23-cv-00018-MMD-CSD |
| BRETT DOYLE,<br><br>   Plaintiff,<br><br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>   Defendants. | *and related case*<br><br>Case No. 3:19-cv-00725-RCJ-CSD<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge under Local Rule 42-1(a). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:23-cv-00018-MMD-CSD is reassigned to District Robert C. Jones and Magistrate Judge Craig S. Denney, and all future pleadings must bear case number 3:23-cv-00018-RCJ-CSD.

DATED THIS 8th Day of August 2023.

_____  
MIRANDA M. DU  
CHIEF UNITED STATES DISTRICT JUDGE

_____  
ROBERT C. JONES  
UNITED STATES DISTRICT JUDGE